UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>NICOLE SPAETH,<br>KRISTEN RODEHEAVER,<br>JACULIN O'CONNOR, and<br>NICOLE MICHAUD, | Case No. 10-C-611<br>**FILED UNDER SEAL** |

Plaintiffs,

v.

JOHN F. SECCOMBE,
DAWN NISSEN,
SCOTT WIBBEN, and
PREVEA CLINIC, INC.

Defendants.

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to in this action for settlement purposes against the defendants. The settlement between the parties requires Prevea to pay the settlement amount within fourteen (14) days of the last signature being placed on the agreement. All signatures have been placedon the settlement agreement as of today's date. Therefore, the United States anticipates filing a joint notice of voluntary dismissal, together with relators, and an accompanying order dismissing this action and providing for a partial lifting of the seal within fourteen days. The United States respectfully requests that all matters be kept under seal until the United States files the joint notice of voluntary dismissal.

1

Dated this 22nd day of March, 2013.

                                    Respectfully submitted,

                                    JAMES L. SANTELLE
                                    United States Attorney

By:    /s/ Stacy C. Gerber Ward

                                    STACY C. GERBER WARD
                                    Assistant United States Attorney
                                    Eastern District of Wisconsin
                                    517 E. Wisconsin Ave.
                                    Milwaukee, WI 53202
                                    State Bar No. 1022067
                                    (414) 297-1700
                                    Facsimile: (414) 297-4394
                                    stacy.g.ward@usdoj.gov