UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA, ex rel.
NICOLE SPAETH,
KRISTEN RODEHEAVER,                      Case No. 10-C-611
JACULIN O'CONNOR, and                  **FILED UNDER SEAL**
NICOLE MICHAUD,

                  Plaintiffs,

      v.

JOHN F. SECCOMBE,
DAWN NISSEN,
SCOTT WIBBEN, and
PREVEA CLINIC, INC.

                  Defendants.

## UNITED STATES' REQUEST FOR DISMISSAL
## AND TO PARTIALLY LIFT THE SEAL

The United States hereby notifies the Court that a settlement has been reached between the United States, the Relators, and the Defendants. Pursuant to the settlement, the United States of America jointly requests with counsel for the Relators that this matter be dismissed and applies to this Court, pursuant to the FCA, 31 U.S.C. §3730(b)(2), to partially lift the seal on this matter. As to the Dismissal, the United States requests that the Complaint in *U.S., ex rel Spaeth, Rodeheaver, O'Connor and Michaud v. John F. Seccombe, et al*, Case No. 10-C-611, be dismissed with prejudice.

Moreover, the United States requests a partial lifting of the seal so that (1) the Complaint in this matter, (2) the United States' Notice of Election to Intervene, (3) this request, and (4) any

1

resulting orders from this request may be publically disclosed. With exception of those documents, the United States requests that all other pleadings (including, but not limited to, all requests for extensions and any memoranda and declarations in support thereof) remain under seal and not be made public or served upon the defendants. Those filings are provided by law to the Court alone and discuss the content and extent of the United States' investigation for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. Therefore, the United States requests that the seal be maintained on all other pleadings filed in this case.

A proposed order accompanies this request and is being filed herewith for the Court's convenience.

**The United States of America**

Dated this 28th day of March, 2013.

Respectfully submitted,

JAMES L. SANTELLE
United States Attorney

By: /s/ Stacy C. Gerber Ward

STACY C. GERBER WARD
Assistant United States Attorney
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202
State Bar No. 1022067
(414) 297-1700
Facsimile: (414) 297-4394
stacy.g.ward@usdoj.gov

**The Relators**

Dated this 20th day of March, 2013.		/s/ Michael Mishlove
							MICHAEL MISHLOVE
							Gonzalez Saggio & Harlan LLP
							225 E. Michigan St.
							Fourth Floor
							Milwaukee, WI 53202
							(414) 277-8500
							(414) 277-8521 fax
							Counsel for the Relators