UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA, ex rel.
NICOLE SPAETH,
KRISTEN RODEHEAVER,  Case No. 10-C-611
JACULIN O'CONNOR, and
NICOLE MICHAUD,

    Plaintiffs,

  v.

JOHN F. SECCOMBE,
DAWN NISSEN,
SCOTT WIBBEN, and
PREVEA CLINIC, INC.

    Defendants.

## ORDER FOR DISMISSAL

The United States and Relators Nicole Spaeth, Kristen Rodeheaver, Jaculin O'Connor, and Nicole Michaud having filed a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a) and having requested that there be a partial lifting of the seal on this matter,

IT IS HEREBY ORDERED that:

1. The Relators' claims in *U.S., ex rel Spaeth, Rodeheaver, O'Connor and Michaud v. John F. Seccombe, et al*, Case No. 10-C-611, are dismissed with prejudice;

2. The following documents shall be unsealed: (a) the complaint in this matter, including the complaint in *U.S., ex rel Spaeth, Rodeheaver, O'Connor and Michaud v. John F. Seccombe,*

1

*et al*, Case No. 10-C-611; (b) United States' Notice of Election to Intervene; (c) the United States' Request for Dismissal and a Partial Lifting of the Seal; and (d) this Order.

3. All other pleadings remain under seal.

Dated at Green Bay, Wisconsin this 2nd day of April, 2013.

                                            BY THE COURT:

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Court